**E-FILED**

Tuesday, 02 May, 2006  01:54:10 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

_____

| | | |
|---|---|---|
| **RICK L. BURNETT,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. 05-CV-2047** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## OPINION

On October 28, 2005, this court entered an Opinion (#20) which dismissed the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (#1) filed by Petitioner, Rick L. Burnett.  On February 14, 2006, this court entered another Opinion (#23) which denied Petitioner's Motion Requesting to Alter or Amend Judgment.  Petitioner, through his attorney Howard R. Baker, Jr., filed a Notice of Appeal (#24) on March 15, 2006.  The Notice of Appeal was construed as a Motion for a Certificate of Appealability (#25), which was denied by this court on March 16, 2006.

On April 18, 2006, Petitioner filed a seven-page pro se Motion Requesting a Certificate of Appealability (#31).  On May 1, 2006, the Government filed a Motion to Dismiss (#32).  The Government argued that, because this court denied Petitioner's request for a Certificate of Appealability on March 16, 2006, and this case is currently pending before the Seventh Circuit Court of Appeals, this court does not have jurisdiction to rule on Petitioner's successive Motion Requesting a Certificate of Appealability.  This court agrees with the Government.

IT IS THEREFORE ORDERED THAT:

(1) The Government's Motion to Dismiss (#32) is GRANTED.

(2)  Petitioner's Motion Requesting a Certificate of Appealability (#31) is dismissed for lack of jurisdiction.

ENTERED this 2nd day of May, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE